Brendon Singh
Texas Bar No.
24075646
Susan Tran Adams
Texas Bar No.
24075648
**TRAN SINGH LLP**
2502 La Branch Street
Houston, TX 77004
Telephone: (832) 975-7300
E-mail: stran@ts-llp.com
bsingh@ts-llp.com

PROPOSED COUNSEL TO THE
DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DET Dallas Clinics, LLC *et al.*[1] | ) | Case No. 26-34294-swe-11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## MOTION TO DISMISS BANKRUPTCY

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT (ADDRESS OF CLERK'S OFFICE) BEFORE CLOSE OF BUSINESS ON (MONTH) (DAY), (YEAR), WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

[1] The last four digits of federal tax identification number is DET Dallas Clinics, LLC is 2390 and TREND Physicians Group, Inc. is 9520. The location of principal place of business and service address is 1911 Bagby, Houston, Texas, 77002.

**To the Honorable Scott W Everett:**

DET Dallas Clinics, LLC and its affiliate TREND Physicians Group, Inc., Debtors and Debtors in Possession, (the "Debtors"), in these jointly administered cases, by and through their undersigned proposed counsel, hereby file this motion to dismiss (the "Motion") and in support of the requested relief, would show as follows:

## I. JURISDICTION & VENUE

1. This Court has jurisdiction over these matters pursuant to 28 U.S.C. § 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. § 1408 and 1409.

## II. BACKGROUND

2. On August 14, 2026 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). On August 24, 2026, the Court entered its order directing the joint administration of the Chapter 11 Cases. *See* ECF No. 10. The Debtors continue to operate their business and manage estates as debtors and debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

3. The meeting of creditors is currently set for October 13, 2026.

4. On August 25, 2026, Ted Ventures, LLC and Trend Medical Management, LLC (collectively, the "Movants") filed several motions with the Court requesting lifting of the automatic stay, appointment of a chapter 11 trustee, conversion to chapter 7, and the examination and production of documents under Bankruptcy Rule 2004. *See* Docket No. 11 (the "Venue Motion"); Docket No. 12 (the "Trustee Motion"); Docket No. 13 (the "Lift Stay Motion"); and

Docket No. 14 (the "2004 Motion"). On September 14, 2026, the Court heard the Lift Stay Motion where it entered its *Order Lifting Stay* [Docket No. 37] (the "Lift Stay Order").

5. The Debtors have responded in opposition to the Venue Motion, Trustee Motion, and 2004 Motion. *See* Docket Nos. 43, 44, and 45. The Debtor also requests reconsideration of the Lift Stay Order [Docket No. 52]. The Debtors have responded in opposition as to the Trustee Motion as cause has not been shown to warrant appointment of a chapter 11 trustee or conversion to chapter 7. The Debtors have plead that should the Court be inclined to convert the cases to chapter 7, the Debtors have plead that dismissal of the cases is more appropriate than conversion to chapter 7 given the nature of the Debtors' assets and challenges posed for a chapter 7 trustee to liquidate the Debtors' intangible assets. The Debtors have sought reconsideration of the lifting of the automatic stay. To the extent that the Court is not inclined to reconsider its Order Lifting Stay, the Debtors request that this Court dismiss these cases without prejudice as the Debtors currently have insufficient cash to fund both the administration of these cases and the underlying state court litigation.

6. The Debtors request dismissal without prejudice under 11 U.S.C. § 1112(b). Alternatively, if the Court elects to defer dismissal pending resolution of the Debtors' motion to reconsider stay relief, the Debtors request that the Court set this Motion for hearing promptly following entry of an order on that motion.

**WHEREFORE,** the Debtor requests that this Court enter an Order dismissing the bankruptcy cases pending a determination on the Debtors' motion to reconsider and for such other and further relief as the Court may deem just and proper.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, the following parties below and attached Service List were served a true and correct copy of the foregoing Motion via First Class Mail.

*/s/Brendon D. Singh*
Brendon D. Singh

**VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE**

The undersigned, an attorney, under penalties of perjury, verifies that a copy of the Motion was delivered to the United States Trustee on September 23, 2026, by electronic delivery by the clerk of the Bankruptcy Court.

*/s/Brendon D. Singh*
Brendon D. Singh