**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DET Dallas Clinics, LLC *et al.*[1] | ) | Case No. 26-34294-swe-11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF DOCUMENT**
(Relates to Docket No. 54)

COMES NOW, DET Dallas Clinics, LLC and its affiliate TREND Physicians Group, Inc., by and through their undersigned counsel hereby withdraw docket No. 54.

Dated: September 29, 2026

Respectfully submitted,

**TRAN SINGH LLP**

*/s/Brendon Singh*

Brendon Singh | TBN: 24075646
Susan Tran Adams | TBN: 24075648
2502 La Branch Street
Houston TX 77004
Office: (832) 975-7300
Fax: (832) 975-7301
Email: stran@ts-llp.com

*Proposed Counsel for Debtors and Debtors in Possession*

[1] The last four digits of federal tax identification number is DET Dallas Clinics, LLC is 2390 and TREND Physicians Group, Inc. is 9520. The location of principal place of business and service address is 1911 Bagby, Houston, Texas, 77002.