Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Asher Bublick
for the United States Trustee
asher.bublick@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 26-34294-swe11** |
| | § | |
| **DET DALLAS CLINICS, *et al.*,**[1] | § | **(Jointly Administered)** |
| | § | |
| ***Debtors.*** | § | **Chapter 11** |
| | § | |

**AMENDED NOTICE OF APPOINTMENT OF THOMAS ALBERT MACKEY
PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. § 333**

**TO THE HONORABLE SCOTT W. EVERETT,
UNITED STATES BANKRUPTCY JUDGE:**

Now comes Lisa L. Lambert, United States Trustee for Region 6, by her attorney, Asher M. Bublick, and states, that in accordance with Fed. R. Bankr. P. 2007.2(c), and the *Order Pursuant to 11 U.S.C. § 333* (Dkt. No. 6), the United States Trustee hereby appoints the following individual as the Patient Care Ombudsman for the jointly administered debtor *TREND Physicians Group, Inc*., Case No. 26-34292-swe11.

**Thomas Albert Mackey
Professor Emeritus
The University of Texas Health Science Center at Houston, School of Nursing
6901 Bertner Avenue
Houston, Texas 77030
Tmackey70@gmail.com**

[1] The last four digits of federal tax identification number is DET Dallas Clinics, LLC is 2390 and TREND Physicians Group, Inc. is 9520. The location of principal place of business and service address is 1911 Bagby, Houston, Texas, 77002

The Appointee's Verified Statement in accordance with Fed. R. Bankr. P. 2007.2(c) is attached hereto as ***Exhibit 1.***

Respectfully submitted,

Dated: October 13, 2026

LISA L. LAMBERT
UNITED STATES TRUSTEE

*/s/ Asher M. Bublick*
Asher M. Bublick
Texas State Bar No. 24113629
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967
asher.bublick@usdoj.gov

## Certificate of Service

I certify that on October 13, 2026, a copy of this document was served via ECF on all parties receiving ECF notice.

*/s/ Asher M. Bublick*
Asher M. Bublick