**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**In re:** **Case No. 26-34294-swe11**

**DET DALLAS CLINICS, *et al.*,**
**(Jointly Administered)**

***Debtors*.**

§ **Chapter 11**
§
§
§
§
§

**TO THE HONORABLE SCOTT W. EVERETT,**
**UNITED STATES BANKRUPTCY JUDGE:**

**First Patient Care Ombudsman Visit Report**

On October 5, 2026, the Court appointed Thomas A. Mackey, PhD, APRN-BC, FAAN, FAANP as the Patient Care Ombudsman (PCO) in the DET Dallas Clinics, et al. (Debtor) Case No: 26-34294-swe11. The PCO's task is to monitor and report the quality and safety of patient care being delivered by the Debtor. Dr. Mackey is a Registered Nurse and Family Nurse Practitioner with 50+ years of clinical, teaching, business and administrative experience and has provided PCO services since 2012 for hospital, dental practices, nursing homes and home health care agency cases. The PCO did not evaluate the Debtor's financial data or individual patient records as part of the process. Rather, processes and systems related to quality and safety were the focus. The PCO was directed to submit bi-monthly reports.

**Executive Summary**

The following are the salient points of the PCO visits on October 14 & 16, 2026.

1. In April 2025, TREND closed four clinics (Plano, Buckner, Hurst and Mesquite). In May 2026 TREND closed the remaining two clinics (Denton and South Dallas). TREND no longer owns any clinic or cares for any patients.
2. The PCO verified Advanced Diagnostics Healthcare Systems (AD) became the custodian of medical records, transitioned the medical records and provided adequate continuity of care for patients after the TREND clinics closed.
3. AD reopened one of the TREND clinics in Denton, Texas and opened three other clinics which assumed the patients from the former TREND clinics.
4. Patient safety and quality of care have not changed because of Chapter 11 proceedings.
5. Patient volume in the four new clinics is very low, yet daily staffing is adequate for the number of patients seen. Volume and numbers of clinic staff are reduced since Chapter 11 was filed.
6. AD does not actively seek patient satisfaction via surveys or any other method of data collection.
7. Processes and systems to assure patient safety and quality of care are in place via AD. AD holds national accreditation from the Center for Improvement in Healthcare Quality. At the time of the PCO visit, there was no apparent formal quality improvement program in place to evaluate quality/safety of care provided at the clinic level.
8. There is a lack of formal training in occupational health, the focus of the clinics' care, for any of the providers (physician or nurse practitioner).

## Background

TREND owned/operated multiple (6) clinics in the Dallas & Houston, Texas areas until closure of four clinics in April 2025 and another two in May 2026. Closings and personnel details surrounding the closures are complicated and confusing. **TREND (the Debtor) no longer owns any clinic or has any patients**. Advanced Diagnostics Healthcare Systems (AD) relocated one of the TREND clinics in Denton, Texas and opened two other clinics in May 2026. AD continues to operate a hospital clinic which assumed the patients from the former TREND clinics. Patient safety and quality of care under the auspices of AD was the focus of the PCO's assessment.

Most importantly for patient quality and safety purposes, security and custody of patient medical records after the closings are clear. AD assumed custody of patient records in November 2023. Consequently, the TREND clinic closures in 2025 posed no change in the custody of the records. AD continues to be the custodian. The PCO spoke with the director of medical records and verified there are measures to guarantee records are secure and HIPAA compliant. Furthermore, the PCO viewed documents (emails) and verified patients were notified via email about the clinic closings. The notifications also instructed patients how to obtain appointments with the new clinics and how to obtain copies of records if needed.

The AD's CEO verified continuity of care related to laboratory, radiology results, prescription renewals, and patient referrals of the departed providers (MDs and NPs) were attended to by the remaining providers when the clinics were closed. Patients were reassigned and the new providers continued the care. The TREND clinics, which are the focus of the Chapter 11, were all closed in April 2025.

Currently, AD is responsible for patient records and owns and operates four clinics (see below).

Some of the current patients were TREND patients.

Dallas Hospital Clinic
(469) 839-8345
7502 Greenville Ave 2nd Floor
Dallas, TX 75231

Denton Clinic
(940) 484-7000
1209 Bent Oaks Ct
Denton, TX 76210

DeSoto Clinic
(972) 572-5000
1001 York Dr
DeSoto, TX 75115

Grand Prairie Clinic
(469) 490-2617
517 N Carrier Pkwy
Grand Prairie, TX 75050

The clinics are focused on providing occupational health services and not primary or any other specialty care (women's health, cardiology, etc.).

**<u>Acknowledgement of Debtor Cooperation</u>**

The PCO experienced total cooperation from the Debtor. The Debtor provided the PCO with sincere responses to questions asked. Some, not all, staff are aware of the proceedings.

## Goals and Description of PCO's Visit

Specifically, goals of the PCO visit on October 14 & 16, 2026, were:

1. To determine custody of medical records, continuity of care, and the care currently provided by AD in the four clinics.
2. To clarify which clinics/patients are involved with the Chapter 11 proceedings.
3. To determine and document the safety and quality of care being provided by the Debtor.
4. To determine if safety and quality of patient care is/is not being compromised as a result of Chapter 11 proceedings.

## Visit Process

To achieve the above goals the PCO visited the Debtor's clinic in Denton, Texas on October 14, 2026, for almost four hours. On October 16, 2026, the PCO visited the AD Corporate headquarters in Houston for four hours.

The PCO spoke with the CEO, Vice President of operations, provider credentialing specialist, Human Resources director, Medical Records director, Quality Improvement officer, office staff, clinical personnel, toured and inspected the clinic, reviewed policies & procedures, equipment, licenses, supplies, and medications. Prior to the visit the PCO requested specific information/documentation related to patient safety and continuity of care.

## Facility and Personnel

The Denton clinic was clean and had appropriate space, supplies and equipment to provide patient care. Processes and structures to ensure appropriate infection control were in place.

Patient numbers have sharply declined since the filing of Chapter 11. Consequently, staffing has

been reduced to appropriately match the reduced patient volume. The providers and CEO were unable to verify that any of the providers have formal training in occupational health.

Employees verified payroll is up to date. Some, not all, personnel are aware of the Chapter 11 proceedings.

There is one physician employed by AD and two contracted to serve the four clinics. There is only one nurse practitioner employed. Depending on patient volume the providers rotate between the clinics. Given current patient volume the PCO believes there are adequate office and providers to provide quality and safe care.

## Addressing Safety and Quality of Care

The Debtor understands the importance of safety and quality of patient care. AD received a full three-year accreditation from the Center for Improvement in Healthcare Quality (CIHQ) on July 18, 2026. Such an accreditation is an indicator of attention to patient quality and safety care.

Providers were unable to verbalize how/if quality of care was monitored. There are no quality metrics available on current patient care. However, there are metrics for patient encounters and billing purposes.

The current focus of care in the four clinics is occupational health. Administration is actively recruiting qualified/credentialed providers in occupational health. However, the current providers lack background or expertise in the specialty, which begs the question: What is the quality of care offered by providers not trained or credentialed in the occupational health specialty?

The PCO viewed policies and procedures (P&P) for the practices. The P&Ps are updated yearly, and staff are aware of emergency and fire procedures.

AD is responsible for clinical operations. To date, the Infection Control nurse/officer from AD has not visited/inspected the clinics.

The PCO verified licenses and certifications of the physician and nurse practitioner are current. State licensure and national certifications have strict requirements related to specific continuing education and training.

There are no controlled substances at the clinics. There were three expired Tuberculin Skin Test vials in the refrigerator at the Denton location. The CEO removed the vials and alerted the staff to make corrective actions.

Patient satisfaction and complaints/grievances are addressed on an individual basis. There are no patient satisfaction surveys. The Debtor does not actively seek patient satisfaction via surveys or any other method of data collection.

There is 24/7 after hour telephone access for patients. The PCO called each clinic's posted phone number after hours. The Dallas clinic number had no message, the DeSoto clinic did not identify it was the clinic and the other two had appropriate patient instructions. When the PCO brought the telephone issue to the CEO's attention the issue was corrected within 24 hours.

Staff verify supplies for patient care and cleaning are sufficient and there has been no shortages.

Likewise, the PCO verified the adequacy of medical supplies/equipment in stock at the Denton clinic.

There is a process in place to license and credential all providers (MDs, NPs. Medical Assistants) who work in the clinics. The PCO verified the extensive process of licensure and credentialing which is related to both safety and quality. The PCO is satisfied with the provider credentialing and licensing review is consistent with industry standards.

**Summary**

1. Processes and systems to assure patient safety and quality of care are in place and overseen by the AD which has national accreditation from the Center for Improvement in Healthcare Quality. Some processes need more strict monitoring – infection control, after hour calls directives, patient satisfaction surveys.
2. At the clinic level, quality improvement and process improvement for providers does not exist.
3. As of May 2026, TREND no longer owned any clinic or cared for any patients.
3. Patient safety and quality of care have not changed because of Chapter 11 proceedings.
4. AD transitioned medical records and provided adequate continuity of care for patients after the TREND clinics closed.
5. Patient volume in the four new clinics is very low, yet daily staffing is adequate for the number of patients seen.

6. The Debtor does not actively seek patient satisfaction via surveys or any other method of data collection.

7. There is a lack of formal training in occupational health, the focus of the clinics' care, for any of the providers (physician or nurse practitioner).

**Recommendations for Existing Clinics**

1. Given the occupational health focus of clinical care, all providers should receive some type of special training/certification in occupational health. Any new provider recruited should have formal training in occupational health.

2. The infection control nurse at Dallas Hospital & Clinics should regularly visit and inspect the clinics.

3. Actively solicit patient satisfaction to help guide process improvement and quality of care.

4. AD should implement quality improvement processes at the clinic level.

Respectively submitted by

Thomas A. Mackey, PhD, ARNP-BC, FAAN, FAANP
2883 Palomino Springs
Bandera, Texas 78003
(713) 775-2892
tmackey70@gmail.com

October 20, 2026

332